IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

N. M. B., IN THE INTEREST OF
E. R. S., A MINOR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

CASE NO. 1D14-3414

v.

THE STATE OF FLORIDA,
DEPARTMENT OF CHILDREN
AND FAMILIES, N. M., AND
D. S.,

      Respondents.

_____/

Opinion filed August 1, 2014.

Amended Petition for Writ of Prohibition -- Original Jurisdiction.

Melissa Posey Furman, of Furman & Furman Attorneys, LLP, Loxley, Alabama, for Petitioner.

Kelley Schaeffer, Guardian ad Litem Program, Sanford, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, C. J., BENTON and MARSTILLER, JJ., CONCUR.